## SUPERIOR COURT

Hall & Cole, Inc.
vs.                    } No. 58785
De Blasi & Gelardi Co.

RESCRIPT.

October 15, 1924.

CAPOTOSTO, J.   I can not sustain the jury's verdict for the defendant. The defendant's case is based in part, at least, upon testimony which, in my opinion, is wilfully distorted or intentionally false.

Whatever the real merits of the issue between the parties may be, the plaintiff in this trial has been the victim of a successful attempt at evasion and deception.

Motion for new trial granted.

For Plaintiff: A. S. & A. P. Johnson.

For Defendants: B W. Grim.